IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

STEVE NIECE, et al. on behalf of themselves
and all others similarly situated,

                Plaintiffs,

v.

A&G COAL CORPORATION and
SOUTHERN COAL CORPORATION,

                Defendants

Case No.: 7:13-cv-00580

## FINAL DISMISSAL ORDER

Defendants A&G Coal Corporation and Southern Coal Corporation have fully complied with the Settlement Agreement and provided timely payments to the Class Members and Class Counsel. Accordingly, the parties, through counsel, ask the Court to dismiss this case with prejudice.

Consistent with the Court's May 5, 2015 Order (ECF 59) and based on the representations of the parties, it is ORDERED that this case is DISMISSED with prejudice.

      ENTER: This 2nd day of October, 2015

                              /s/ James P. Jones
                              United States District Judge